**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| WITTE BROTHERS EXCHANGE, INC., | Case No. 4:24-cv-1184-JMB |
| Plaintiff, | |
| v. | **PLAINTIFF'S STATUS REPORT** |
| SUPERLATUS PD HOLDING COMPANY, INC., FORBES FISCHER, SUPERLATUS, INC., TIMOTHY ALFORD, and SFG CONSOLIDATED INC. F/K/A SUPERLATUS FOODS INC., | |
| Defendants. | |

Plaintiff, Witte Brothers Exchange, Inc. ("Plaintiff" or "Witte Brothers"), by and through counsel, and pursuant to the Court's April 30, 2026 Text Order (Doc. 104), submits the following Status Report.

1.      Settlement has been effectuated between the parties to date.

2.      Plaintiff and the entity Defendants, Superlatus PD Holding Company, Inc., Superlatus, Inc., and SFG Consolidated Inc. f/k/a Superlatus Foods Inc., filed their Joint Dismissal with Prejudice of the entity Defendants on May 4, 2026 (Doc. 105).

3.      Absent breach of the remaining terms of the settlement, Plaintiff anticipates completing the remaining necessary steps to file dismissal papers for Defendants Alford and Fischer on or before Wednesday, August 5, 2026.

Dated this 31st day of July 2026.

**HUSCH BLACKWELL, LLP**

By:*/s/ Ryann A. Glenn*

1

Ryann A. Glenn (NE # 26160)
*Admitted Pro hac vice*
Alexa B. Barton (MO # 71779)
14606 Branch St., Ste. 200
Omaha, NE  68154
Telephone: (402) 964-5000
Fax: (402) 964-5050
ryann.glenn@huschblackwell.com
allee.barton@huschblackwell.com
*Attorneys for Plaintiff*
*Witte Brothers Exchange Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of July 2026, the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

The undersigned also certifies that the foregoing document will be sent by first class mail and Certified Mail, Return Receipt Requested to:

Forbes Fischer
734 1/2 N. Occidental Blvd.
Los Angeles, CA 90026

/s/ *Ryann A. Glenn*

2