**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| WITTE BROTHERS EXCHANGE, INC., | Case No. 4:24-cv-01184 |
| Plaintiff, | |
| v. | |
| SUPERLATUS PD HOLDING COMPANY, INC., FORBES FISCHER, SUPERLATUS, INC., TIMOTHY ALFORD, and SFG CONSOLIDATED INC. F/K/A SUPERLATUS FOODS INC., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Witte Brothers Exchange, Inc. and Defendants Forbes Fischer and Timothy Alford, by and through their counsel, hereby stipulate that the above captioned action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated this 10th day of August 2026.

| **HUSCH BLACKWELL, LLP** | **COSGROVE SIMPSON, LLC** |
|---|---|
| */s/ Ryann A. Glenn* | */s/ Charles Max Simpson* |
| Ryann Glenn (NE # 26160) | Charles Max Simpson (#66228) |
| *Pro hac vice* | David B. Cosgrove (#40980) |
| Alexa B. Barton (USDC ED MO #27010NE) | 7800 Forsyth Blvd., Suite 610 |
| 14606 Branch St., Ste. 200 | St. Louis, MO 63105 |
| Omaha, NE  68154 | Telephone: (314) 563-2490 |
| Telephone: (402) 964-5000 | Fax: (314) 968-7371 |
| Fax: (402) 964-5050 | msimpson@cosgrovesimpsonlaw.com |
| ryann.glenn@huschblackwell.com | dcosgrove@cosgrovesimpsonlaw.com |
| allee.barton@huschblackwell.com | *Attorneys for Superlatus Defendants* |
| *Attorneys for Plaintiff* | |
| *Witte Brothers Exchange Inc.* | |

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 10th day of August 2026, the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

The foregoing document will be transmitted to be served via certified mail, return receipt requested and U.S. Mail, postage prepaid upon:

Forbes Fischer
734 1/2 N. Occidental Blvd.
Los Angeles, CA 90026

/s/ *Ryann A. Glenn*